IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN L. TILLEY,

      Plaintiff,                      No. CIV S-05-0228 LKK GGH PS

   vs.

PETER WEISER, et al.,

      Defendants.         <u>ORDER</u>

                         /

        Plaintiff, proceeding pro se in this action, requested on December 21, 2005, an extension of time to file an amended complaint. IT IS HEREBY ORDERED that petitioner is granted until February 3, 2006, to file an amended complaint. No further requests for extension of time will be considered.

        Plaintiff made two additional requests in his December 21, 2005, filing. Plaintiff requested an order from this court to the Superior Court of the State of California for all files relating to the plaintiff's psychological records from the Department of Veteran's Affairs. Furthermore, plaintiff requested an order for the production of all legal research and case files belonging to him currently possessed by Kathy Tilley.

        As plaintiff has failed to state a claim upon which this court has jurisdiction, this court has no authority to order production or discovery of any documents or other evidence at

1

1  this time. Upon filing of an amended complaint meeting the requirements of Fed. R. Civ. P. 8,

2  this court will consider all orders necessary for the proper adjudication of this matter

3  DATED: 1/9/06

/s/ Gregory G. Hollows

4  
_____
GREGORY G. HOLLOWS
5  UNITED STATES MAGISTRATE JUDGE

GGH:kr
6  Tilley228.eot

2