1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN L. TILLEY,

11            Plaintiff,                         CIV-S-05-0228 LKK GGH PS

12        vs.

13   PETER WEISER, et al.,

14            Defendants.                        ORDER

15   _____/

16            On April 25, 2006, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within ten days.  On May 2, 2006, plaintiff filed a

19   request for reconsideration which the court construes as objections to the findings and

20   recommendations, and they were considered by the district judge.

21            This court reviews de novo those portions of the proposed findings of fact to

22   which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

23   Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

24   (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

25   the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

26   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

1

1   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

2   1983).

3          The court has reviewed the applicable legal standards and, good cause appearing,

4   concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

5   Accordingly, IT IS ORDERED that:

6          1.  The Proposed Findings and Recommendations filed April 25, 2006, are

7   ADOPTED; and

8          2.  This action is dismissed with prejudice.

9   DATED:   January 25, 2007.

10

11

12   LAWRENCE K. KARLTON
    SENIOR JUDGE
13   UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

2